| | |
|---|---|
| 1 | JODI LINKER |
| 2 | Federal Public Defender<br>Northern District of California |
| 3 | NED SMOCK<br>Assistant Federal Public Defender |
| 4 | 19th Floor Federal Building - Box 36106<br>450 Golden Gate Avenue |
| 5 | San Francisco, CA 94102<br>Telephone: (415) 436-7700 |
| 6 | Facsimile: (415) 436-7706<br>Email: Ned_Smock@fd.org |
| 7 | |
| 8 | Counsel for Defendant HERNANDEZ |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROGER HERNANDEZ,<br><br>Defendant. | Case No.: 24-CR-00324 JD<br><br>**STIPULATION AND [~~PROPOSED~~]**<br>**ORDER TO SET MATTER FOR**<br>**PLEA AND SENTENCING** |

The parties appeared in this matter on September 9, 2024, at which point the Court rejected the parties' Rule 11(c)(1)(C) plea agreement and set the matter for trial on December 2, 2024. The parties have reached a revised plea agreement pursuant to Rule 11(c)(1)(B) and Mr. Hernandez is prepared to enter that plea. The Presentence Investigation Report has been completed and the parties already submitted sentencing memoranda in advance of the September 9, 2024 plea and sentencing. The parties therefore propose setting the matter for plea and sentencing on September 30, 2024 at 10:30 a.m.

IT IS SO STIPULATED.

| | |
|---|---|
| September 25, 2024<br>Dated | ISMAIL J. RAMSEY<br>United States Attorney<br>Northern District of California<br><br>_____/S_____<br>JEFFREY BORNSTEIN<br>Assistant United States Attorney |
| September 25, 2024<br>Dated | JODI LINKER<br>Federal Public Defender<br>Northern District of California<br><br>_____/S_____<br>NED SMOCK<br>Assistant Federal Public Defender |

IT IS SO ORDERED.

| | |
|---|---|
| _9/27/2024_<br>Dated | _____<br>HON. JAMES DONATO<br>United States District Judge |

STIPULATION TO SET MATTER FOR PLEA AND SENTENCING, AND [PROPOSED] ORDER
*US v. HERNANDEZ*